## FEBRUARY 2, 1995

No. 94–7401. KENNON v. ROBERTSON ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46. ▮▮▮▮▮

## FEBRUARY 5, 1995

No. 94–7948 (A–574). MOTLEY v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.